AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

| | |
|---|---|
| RACHELLE CRAIG <br><br> Plaintiff(s) <br><br> v. <br><br> WHEELS LT DBA WHEELS LT LLC AND FASTENAL COMPANY <br><br> Defendant(s) | Civil Action No. 5:18-CV-00134 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WHEELS LT DBA WHEELS LT LLC
c/o CT CORPORATION SYSTEM
1999 BRYAN STREET
SUITE 900
DALLAS, TEXAS 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  THE LAW OFFICE OF NEGEM AND WORTHINGTON
1828 E SE LOOP 323
SUITE R - 1A
TYLER, TEXAS 75701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **11/1/18**

*David A. O'Toole*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:18-CV-00134

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wheels LT DBA Wheels LT LLC c/o CT Corporation System was received by me on *(date)* 11/01/2018

☐ I personally served the summons on the individual at *(place)*
    on *(date)*                ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
    , a person of suitable age and discretion who resides there,
on *(date)*        , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                            , who is
designated by law to accept service of process on behalf of *(name of organization)*
    on *(date)*                : or

☐ I returned the summons unexecuted because                    ; or

☒ Other *(specify)*: I served the summons by mailing via U.S. Postal Service Certified Mail Receipt to 1999 Bryan St Suite 900, Dallas, Tx 75201 on 11/02/2018 and it was received by Wheels Lt at 9:32am on 11/05/2018.

My fees are $            for travel and $            for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 11/05/2018

*Server's signature*

Stanley L. Fisher   sch#10972 exp. 06/30/2020
*Printed name and title*

1900 Ramblewood Ct., Sulphur Springs, Tx 75482
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

DALLAS, TX 75201

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| $ | $2.75 |
| Extra Services & Fees (check box, add fee as appropriate) | $1.00 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $1.63 |
| Total Postage and Fees | $7.83 |

Postmark Here
11/02/2018

Sent To: Wheels LT
Street and Apt. No., or PO Box No.: 1999 Bryan St Suite 900
City, State, ZIP+4: Dallas, TX 75201-3136

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 0130 0000 8415 9613