IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| RACHELLE CRAIG | § |
| | § |
| VS. | §   CIVIL ACTION NO. 5:18-CV-00134-RWS |
| | § |
| WHEELS LT D/B/A WHEELS LT LLC | § |
| AND FASTENAL COMPANY | § |

## NOTICE OF DEFENDANTS' DISCOVERY TO PLAINTIFF

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Wheels LT d/b/a Wheels LT LLC and Fastenal Company hereby notify the Court that the following document has been furnished by said Defendants to every other party on this the 7th day of February, 2019:

1. Defendant's First Set of Interrogatories to Plaintiff.

Respectfully submitted,

BY:   /s/ Paul M. Boyd
PAUL M. BOYD
State Bar No. 02775700
BOYD BOYD & GIDDENS
1215 Pruitt Place
Tyler, Texas 75703
903/526-9000
903/526-9001 (Fax)
pboyd@boydlawtexas.com

ATTORNEY FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of February, 2019, a true and correct copy of the above and foregoing instrument was forwarded via electronic delivery, facsimile and/or U. S. Mail, certified, return receipt requested, to:

Mr. Jimmy M. Negem
NEGEM & WORTHINGTON
1828 ESE Loop 323, Suite R-1A
Tyler, Texas 75701
[ATTORNEY FOR PLAINTIFF]

  /s/ Paul M. Boyd
PAUL M. BOYD